UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-087

No. 23-1900 & 23-2043

Ronald Koons; Nicholas Gaudio; Jeffrey M. Muller;
Gil Tal; Second Amendment Foundation, Inc.; Firearms Police Coalition, Inc.;
Coalition of New Jersey Firearm Owners; New Jersey Second Amendment Society

v.

Attorney General New Jersey and Superintendent New Jersey State Police

President of the New Jersey State Senate, Speaker of the New Jersey General Assembly,
Intervenors in District Court

(D.N.J. No. 1:22-cv-07464)

Aaron Siegel; Jason Cook; Joseph Deluca; Nicole Cuozzo;
Timothy Varga; Christopher Stamos; Kim Henry;
Association of New Jersey Rifle and Pistol Clubs, Inc.

v.

Attorney General New Jersey; Superintendent New Jersey State Police

President of the New Jersey State Senate; Speaker of the New Jersey General Assembly;
Intervenors in District Court

(D.N.J. No. 1:22-cv-07463)

Attorney General New Jersey and Superintendent New Jersey State Police,
Appellants in 23-1900

Aaron Siege; Jason Cook; Joseph Deluca; Nicole Cuozzo; Timothy Varga;
Christopher Stamos; Kim Henry and Association of New Jersey Rifle & Pistol Club, Inc.;
Appellants in 23-2043

Present: KRAUSE, PORTER and CHUNG, Circuit Judges

1. Motion to Modify the Expedited Briefing Schedule with the following briefing schedule:

    Appellant's Opening Brief due July 7, 2023
    Plaintiff's Cross Appeal Opening Brief/Opposition due August 4, 2023
    Appellants' Cross Appeal Opposition/Reply Brief due September 1, 2023
    Plaintiff's Reply in Support of Cross Appeal due September 15, 2023

                                            Respectfully,
                                            Clerk/sb

_____ORDER_____

The foregoing motion is granted in part. The briefing schedule will be modified as follows:

- Appellants/Cross-Appellees and Intervenors shall file their opening briefs and the joint appendix on or before July 20, 2023;
- Appellees/Cross-Appellants shall file their opening/response brief on or before August 10, 2023;
- Appellees' shall file their response brief on or before August 21, 2023;
- Appellants/Cross-Appellees and Intervenors shall file their response/reply briefs on or before September 4, 2023; and
- Appellees/Cross-Appellants shall file their reply brief on or before September 18, 2023.

                                            By the Court,

                                            s/ Cheryl Ann Krause
                                            Circuit Judge

Dated: June 20, 2023
SB/JK/cc:    All Counsel of Record