**Nos. 23-1900, 23-2043**

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

―――――――――――

RONALD KOONS, ET AL.,

       *Plaintiffs-Appellees*,

v.

MATTHEW J. PLATKIN, ET AL.,

       *Defendants-Appellants*,

―――――――――――

AARON SIEGEL, ET AL.,

       *Plaintiffs-Appellees*,

v.

MATTHEW J. PLATKIN, ET AL.,

       *Defendants-Appellants*.

―――――――――――

On Appeal from the United States District Court for the District of New Jersey,
Nos. 1:22-cv-07464, 1:22-cv-07463

―――――――――――

**THE *SIEGEL* PLAINTIFFS-APPELLEES/CROSS-APPELLANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE A PETITION FOR REHEARING AND REHEARING EN BANC**

―――――――――――

| | |
|---|---|
| DANIEL L. SCHMUTTER<br>HARTMAN & WINNICKI, P.C.<br>74 Passaic Street<br>Ridgewood, NJ 07450 | PAUL D. CLEMENT<br>ERIN E. MURPHY<br>  *Counsel of Record*<br>ANDREW LAWRENCE<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>erin.murphy@clementmurphy.com |

*Counsel for Siegel Plaintiffs-Appellees/Cross-Appellants.*

September 17, 2025

# UNOPPOSED MOTION

The *Siegel* plaintiffs-appellees/cross-appellants respectfully request that the deadline for filing their petition for rehearing and rehearing en banc, currently September 24, 2025, be extended 14 days, up to and including October 8, 2025. *See* Fed. R. App. P. 26(b), 40(d)(1); Cir. R. 31.4. This motion is the first extension request in connection with the forthcoming petition for rehearing and rehearing en banc, and it is timely filed more than three days before the current deadline.

Counsel for the *Siegel* plaintiffs has corresponded with counsel for the defendants-appellants and counsel for the legislative intervenors, and hereby certifies that those parties do not oppose this extension request.

# ARGUMENT

Good cause exists for the requested extension because lead counsel for the *Siegel* plaintiffs has several preexisting obligations in other matters that would interfere with preparation of the petition for rehearing and rehearing en banc.

The relevant matters include:

1. An opposition to a motion to dismiss in *NetChoice, LLC v. Griffin*, No. 25-1889 (8th Cir.), due on September 18, 2025.

2. A petition for rehearing in *Nat'l Shooting Sports Found. v. James*, No. 22-1374 (2d Cir.), due on September 22, 2025.

3. An oral argument in *Barnett v. Raoul*, No. 24-3060 (7th Cir.), scheduled for September 22, 2025.

Since the panel issued its opinion and judgment on September 10, 2025, lead counsel for the *Siegel* plaintiffs also filed a brief in *Computer & Commc'ns Indus. Ass'n v. Atty. Gen., Fla.*, No. 25-11881 (11th Cir.), on September 12, 2025, and argued *Research Corp. Techs. Inc. v. Eli Lilly & Co.*, No. 24-4786 (9th Cir.), on September 15, 2025. An extension of time is further warranted given the number and complexity of the issues discussed in the panel's 236 pages of opinions.

## CONCLUSION

For the foregoing reasons, this Court should grant the *Siegel* plaintiffs a 14-day extension, to and including October 8, 2025, for the filing of the petition for rehearing and rehearing en banc.

Respectfully submitted,

s/Erin E. Murphy

| | |
|---|---|
| DANIEL L. SCHMUTTER | PAUL D. CLEMENT |
| HARTMAN & WINNICKI, P.C. | ERIN E. MURPHY |
| 74 Passaic Street | *Counsel of Record* |
| Ridgewood, NJ 07450 | ANDREW LAWRENCE |
| | CLEMENT & MURPHY, PLLC |
| | 706 Duke Street |
| | Alexandria, VA 22314 |
| | (202) 742-8900 |
| | erin.murphy@clementmurphy.com |

*Counsel for Siegel Plaintiffs-Appellees/Cross-Appellants*

September 17, 2025

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Association of New Jersey Rifle and Pistol Clubs, Inc. certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock.

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 322 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

September 17, 2025

s/Erin E. Murphy
Erin E. Murphy

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2025, an electronic copy of this motion was filed with the Clerk of Court using the ECF system and thereby served upon all counsel appearing in this case.

s/Erin E. Murphy<br>
Erin E. Murphy