

Cullen and Dykman LLP
Continental Plaza
433 Hackensack Avenue
Hackensack, NJ 07601
T: 201.488.1300
F: 201.488.6541

LEON J. SOKOL
PARTNER
lsokol@cullenllp.com

December 30, 2025

<u>**Via ECF**</u>

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Attn**: Patricia S. Dodszuweit, Clerk

**RE:** <u>**Ronald Koons, et al v. Attorney General of New Jersey, et al**</u>
       **Case No. 23-1900, 23-2043**

Dear Ms. Dodszuweit:

This office is co-counsel to Intervenors-Defendants-Appellees Senate President Nicholas P. Scutari and New Jersey General Assembly Speaker Craig J. Coughlin (hereafter collectively "the Presiding Officers"). Our co-counsel is the firm of Kologi Simitz.

Please be advised that the Presiding Officers do not intend to participate in the February 11, 2026 oral argument before the *en banc* panel and instead will cede their time to Appellants New Jersey Attorney General and Superintendent of the New Jersey State Police.

Thank you for your cooperation and courtesies.

          Respectfully submitted,

          **CULLEN AND DYKMAN LLP**

          By: */s/ Leon J. Sokol*
               Leon J. Sokol, Esq.

Kologi ◆ Simitz
Counsellors at Law

By: /s/ Edward J. Kologi
    Edward J. Kologi, Esq.

Attorneys for Intervenors-Defendants-Appellees Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin